UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN SHULICK, )<br>    Plaintiff, )<br> )<br>-v- )<br> )<br>MICHIGAN DEPARTMENT OF )<br>CORRECTIONS, et al. )<br>    Defendants. )<br>_____ ) | No. 1:08-cv-121<br><br>HONORABLE PAUL L. MALONEY |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter comes before the Court on a report and recommendation issued by the magistrate judge (ECF No. 175) and objections filed by Plaintiff Shulick (ECF No. 176).

The magistrate judge recommends dismissing without prejudice, under Fed. R. Civ. P. 4(m), the remaining claims in this action, which are asserted against unidentified individuals. Having reviewed the report and recommendation and Plaintiff's objections, as required under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the report and recommendation is **ADOPTED**, over objections, as the opinion of this Court.

The claims asserted against the unidentified individuals are dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m). Any appeal of this matter would not be taken in good faith. **IT IS SO ORDERED.**


Date:   August 4, 2011                                                  /s/ Paul L. Maloney
                                                                            Paul L. Maloney
                                                                            Chief United States District Judge