UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN SHULICK,              ) | |
|     Plaintiff,       ) | |
|                             )  | No. 1:08-cv-121 |
| -v-                                  ) | |
|                             ) | HONORABLE PAUL L. MALONEY |
| MICHIGAN DEPARTMENT OF   ) | |
| CORRECTIONS, et al.         ) | |
|     Defendants.  ) | |
| _____) | |

## JUDGMENT

Having resolved all pending claims in this action in favor of Defendants, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendants and against Plaintiff Shulick.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   August 4, 2011                                    /s/ Paul L. Maloney
                                                                                          Paul L. Maloney
                                                                                          Chief United States District Judge